IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 09-1032 JP |
| | ) | Civil No. 16-0672 JP/SMV |
| vs. | ) | |
| | ) | |
| JOE MALDONADO, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING THE UNITED STATES' UNOPPOSED
MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S
SUCCESSIVE MOTION TO VACATE, SET ASIDE AND CORRECT SENTENCE
PURSUANT TO 28 U.S.C. § 2255**

This matter having come before the Court upon the United States' Unopposed Motion to Extend United States' Unopposed Motion for Extension of Time to Respond to Defendant's Successive Motion to Vacate, Set Aside and Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 1 in Cv No. 16-0672; Doc 87 in Cr. No. 09-1032), and the Court being fully advised in the premises, finds the motion is well taken and should be granted for the reasons stated in the Government's motion.

**IT IS ORDERED** that the United States' Response to Defendant's Successive Motion to Vacate, Set Aside and Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 1 in Cv. No. 16-0672; Doc 87 in Cr. No. 09-1032), is due on or before August 12, 2016.

DATED this 3rd day of August, 2016.

_____
Stephan M. Vidmar
United States Magistrate Judge

Submitted by:


<u>           /s/                                      </u>
JENNIFER M. ROZZONI
Assistant United States Attorney


<u>Telephonically approved on 8/2/2016</u>
<u>by Brian Pori on behalf of Thomas Jameson</u>
THOMAS JAMESON
Counsel for Joe Maldonado